No. 100. ˙Bryan et ux. v. Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied. *C. J. Batter* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 309. Mitchell et ux. v. United States. C. A. 9th Cir. Certiorari denied. *Valentine Brookes* and *Arthur H. Kent* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce, Joseph M. Howard* and *Frederick B. Ugast* for the United States.

No. 380. Cobra Manufacturing Co. v. Coffman. C. A. 9th Cir. Certiorari denied. *Milton B. Safier* for petitioner. *George W. Jansen* for respondent.

No. 413. Kinnear-Weed Corp. v. Humble Oil & Refining Co. C. A. 5th Cir. Certiorari denied. *William E. Kinnear* for petitioner.

No. 420. Dowell et al. v. City of Tulsa et al. Supreme Court of Oklahoma. Certiorari denied. *E. O. Patterson* for petitioners. *Edmund Lashley* for respondents.

No. 423. Minnesota Mining & Manufacturing Co. v. Gateway Decorators, Inc. C. A. 5th Cir. Certiorari denied. *T. J. Blackwell* for petitioner.

No. 425. Fanchon & Marco, Inc. v. Paramount Pictures, Inc. et al. C. A. 9th Cir. Certiorari denied. *Russell Hardy, Henry Schaefer, Jr.* and *James Wallace*